# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KODY J PICKENS,<br>Defendant. | 9:24-PO-05028-KLD<br><br>VIOLATION:<br>F5443721<br>Location Code: M2<br><br>ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that violation notice F5443721 is DISMISSED, and the arrest warrant issued for Defendant's failure to appear is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court close case.

DATED this  20th  day of May, 2004.

_____
Kathleen L. Desoto
United States Magistrate Judge